**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Steven L. Frank, et al.,
　　　Petitioners

v.                                Case No.　1:12-cv-812

Mark Bockenstette, et al.,
　　　Respondents

# ORDER

　　This matter is before the Court on the Magistrate Judge's Report and Recommendation filed February 13, 2013 (Doc. 7).

　　Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

　　Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

　　Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** .  Petitioners' motion for an order confirming the stipulated award of the Arbitration Panel in the matter of the Arbitration between Mark and Mary Kay Bockenstette v. Steven Louis Frank, Michael A. Curley, Sr., Andrew J. Moro and Wells Fargo Advisors, LLC, f/k/a Wachovia Securities, LLC, FINRA Case No. 10-05647 is **GRANTED**.   The Stipulated FINRA Arbitration Award is **CONFIRMED**  and all references to the underlying arbitration proceedings be **EXPUNGED** from the petitioners' registration records, as maintained by the Central Registration Depository.

Date: March 6, 2013                    s/Sandra S. Beckwith
　　　　　　　　　　　　　　　　　Sandra S. Beckwith, Senior Judge
　　　　　　　　　　　　　　　　　United States District Court